NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

## IN RE: INTERNATIONAL INSULATION PRODUCTS LLC,
*Appellant*

_____

2024-1199

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 15/316,624.

_____

## JUDGMENT

_____

JEFFREY S. HABIB, Hooker & Habib, PC, Camp Hill, PA, argued for appellant.

FAHD H. PATEL, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Coke Morgan Stewart.  Also represented by MARY L. KELLY, AMY J. NELSON.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 13, 2025
Date

Jarrett B. Perlow
Clerk of Court